EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Francisco Joubert Lugo | 2019 TSPR 37 201 DPR ____ |
|---|---|

Número del Caso: TS-10,698

Fecha: 1ro de marzo de 2019

Abogado de la parte peticionaria:

        Por derecho propio

Oficina de Inspección de Notarías

        Lcdo. Manuel E. Ávila De Jesús
        Director

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

TS-10,698

Francisco Joubert Lugo

RESOLUCIÓN

San Juan, Puerto Rico, a 1 de marzo de 2019

Examinada la *Moción solicitando reinstalación al ejercicio de la abogacía y la notaría*, presentada por el Sr. Francisco Joubert Lugo, se ordena la reinstalación del señor Joubert Lugo únicamente al ejercicio de la abogacía.

En atención al *Informe sobre estado de obra notarial* presentado por el Lcdo. Manuel E. Ávila de Jesús, Director de la Oficina de Inspección de Notarías, se le ordena al peticionario expresarse en torno al mismo en un término de veinte (20) días, contados a partir de la notificación de esta Resolución.

Además, se ordena reactivar la queja AB-2015-0211 que pende en su contra para que continúe el curso ordinario.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres hace constar la siguiente expresión:

"El Juez Asociado señor Martínez Torres denegaría la solicitud de reinstalación en esta etapa de los procedimientos y ordenaría

la reapertura y adjudicación de la Queja Núm. AB-2015-0211 como requisito previo a considerar la reinstalación que se solicita. De esa manera se protege el interés público de la profesión. Ese es el procedimiento que se sigue cuando se solicita admisión a la práctica de la abogacía y tiene un señalamiento ético: La Comisión de Reputación investiga y el asunto se adjudica antes de proceder a emitir la licencia al abogado solicitante. No debe ser distinto con alguien que voluntariamente se colocó en la posición de perder su licencia y ahora quiere recuperarla."

El Juez Asociado señor Kolthoff Caraballo no intervino.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo